ERYK R. GETTELL (State Bar No. 245245)
erg@severson.com
DAVID C HUNGERFORD (State Bar No. 209609)
dch@severson.com
ELIZABETH A. TRITTIPO (State Bar No. 215622)
eat@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Cross-Defendant
HISCOX INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BINDING FILMS PTY LIMITED, an Australian Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>EYE FILM RELEASING, INC., a California corporation; ROBERT FEINSTEIN, an individual; METROPOLITAN ENTERTAINMENT LLC, A California Limited Liability Company; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>EYE FILM RELEASING INC., a California Corporation,<br><br>    Cross-Complainant,<br><br>    vs.<br><br>HISCOX INSURANCE COMPANY INC., an Illinois Corporation; and ROES 1-10, inclusive,<br><br>    Cross-Defendant. | Case No. 2:20-cv-02614-FMO-KS<br><br>**NOTICE OF SETTLEMENT** |

45000.0551/15701799.1

NOTICE OF SETTLEMENT

1  NOTICE IS HEREBY GIVEN that parties BINDING FILMS PTY
2  LIMITED, EYE FILM RELEASING, INC., and HISCOX INSURANCE
3  COMPANY INC. have settled all claims between and among the parties to this
4  action. The parties expect to file a request for dismissal of this action in its entirety
5  with prejudice within 30 days. The parties request that all pending dates and filing
6  requirements be vacated and that the Court set a deadline on or after May 15, 2021
7  to file the parties' requests for dismissal.

    Respectfully submitted,

DATED: March 10, 2021      SEVERSON & WERSON
    A Professional Corporation

By: _____
    DAVID C HUNGERFORD

Attorneys for Cross-Defendant HISCOX
INSURANCE COMPANY, INC.

# PROOF OF SERVICE
*Binding Films Pty Limited v. Eye Film Releasing, Inc.*
**U.S.D.C. Central District, Western Division Case No. 2:20-cv-02614-FMO-KS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On March 10, 2021, I served true copies of the following document(s):

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

**[SEE ATTACHED SERVICE LIST]**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2021, at San Francisco, California.

Sandra Chao

45000.0551/15701799.1

NOTICE OF SETTLEMENT

# SERVICE LIST
*Binding Films Pty Limited v. Eye Film Releasing, Inc.*
**U.S.D.C. Central District, Western Division Case No. 2:20-cv-02614-FMO-KS**

| | |
|---|---|
| Lewis Anten<br>Ivy M Choderker<br>Lewis Anten Law APC<br>16830 Ventura Boulevard Suite 236<br>Encino, CA 91436-1736 | Attorneys for Plaintiff<br>Binding Films Pty Limited<br><br>Tel. 818-501-3535<br>Fax: 818-501-4138<br>Email: l.anten@antenlaw.com<br>Email: i.choderker@antenlaw.com |
| Alexander Jordan Fisher<br>The Law Office of Howard S Fisher<br>9401 Wilshire Boulevard Suite 1250<br>Beverly Hills, CA 90212 | Attorney for Defendant/Cross-Complainant<br>Eye Film Releasing, Inc.<br><br>Tel. 310-553-2000<br>Fax: 310-553-0012<br>Email: AJF@howardsfisher.com |
| Alexander Jordan Fisher<br>The Law Office of Howard S Fisher<br>9401 Wilshire Boulevard Suite 1250<br>Beverly Hills, CA 90212 | Attorney for Defendant<br>Robert Feinstein<br><br>Tel. 310-553-2000<br>Fax: 310-553-0012<br>Email: AJF@howardsfisher.com |

45000.0551/15701799.1

NOTICE OF SETTLEMENT