```
 1  Lewis Anten, Esq., SBN 56459
    l.anten@antenlaw.com
 2  Ivy Choderker, Esq., SBN 210612
 3  i.choderker@antenlaw.com
    LEWIS ANTEN, A PROFESSIONAL CORP.
 4  16830 Ventura Boulevard, Suite 236
 5  Encino, California 91436
    Telephone:  (818) 501-3535
 6  Facsimile: (818) 501-4138
 7  Attorneys for Plaintiff
 8  BINDING FILMS PTY LIMITED
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BINDING FILMS PTY LIMITED, an Australian company,<br><br>             Plaintiff,<br><br>    vs.<br><br>EYE FILM RELEASING, INC., a California corporation; ROBERT FEINSTEIN, an individual; METROPOLITAN ENTERTAINMENT LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>             Defendants.<br><br>EYE FILM RELEASING, INC., a California corporation, | CASE NO.:  2:20-CV-02614 SB (KS)<br><br>STIPULATED NOTICE TO DISMISS THE ENTIRE ACTION WITH PREJUDICE AND (PROPOSED) ORDER THEREON |

Cross-Complainant,

vs.

HISCOX INSURANCE COMPANY, INC., an Illinois Corporation; and ROES 1 through 10, inclusive,

Cross-Defendant.

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-entitled action in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

LEWIS ANTEN, A PROFESSIONAL CORPORATION.

Dated: April 7, 2021          /s/ Lewis Anten
                              Lewis Anten
                              Attorneys for Plaintiff
                              BINDING FILMS PTY LIMITED
                              LAW OFFICE OF HOWARD S. FISHER

Dated: April 7, 2021          /s/ Alexander J. Fisher
                              Alexander J. Fisher
                              Attorneys for Defendants
                              EYE FILM RELEASING, INC. and
                              ROBERT FEINSTEIN

|   |   |
|---|---|
|  | SEVERSON & WERSON |
| Dated: April 7, 2021 | /s/ David C. Hungerford |
|  | David C. Hungerford |
|  | Attorneys for Third Party Defendant |
|  | HISCOX INSURANCE COMPANY, INC. |

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i). I hereby certify that the content of this document is acceptable to Alexander Fisher, Esq. and David C. Hungerford, Esq., and that I obtained authorization from them to affix their electronic signatures to this document.

|   |   |
|---|---|
|  | LEWIS ANTEN, A PROFESSIONAL CORPORATION. |
| Dated: April 7, 2021 | /s/ Lewis Anten |
|  | Lewis Anten |
|  | Attorneys for Plaintiff |
|  | BINDING FILMS PTY LIMITED |
|  | LAW OFFICE OF HOWARD S. FISHER |

### ORDER

IT IS SO ORDERED.

Dated: April __, 2021                         _____
                                              Hon. District Court Judge