FILED
CLERK, U.S. DISTRICT COURT
April 9, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BINDING FILMS PTY LIMITED, an Australian company,<br><br>             Plaintiff,<br><br>     vs.<br><br>EYE FILM RELEASING, INC., a California corporation; ROBERT FEINSTEIN, an individual; METROPOLITAN ENTERTAINMENT LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO.: 2:20-CV-02614 SB (KS)<br><br>ORDER OF DISMISSAL PURSUANT TO STIPULATION |
| EYE FILM RELEASING, INC., a California corporation,<br><br>             Cross-Complainant, | |

vs.

HISCOX INSURANCE COMPANY, INC., an Illinois Corporation; and ROES 1 through 10, inclusive,

          Cross-Defendant.

Pursuant to the parties' stipulation, the above-entitled action is dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 9, 2021

                                      Stanley Blumenfeld, Jr.
                                    United States District Judge